The People of the State of New York, Appellant,
against
Hao Quan Ye, Respondent.




Queens County District Attorney (Robert J. Masters, Joseph N. Ferdenzi, Matthew Luongo, Edward D. Saslaw of counsel), for appellant.
Armienti, Debellis, Guglielmo & Rhoden, LLP. (Thomas J. Reape of counsel), for respondent.

Appeal from an order of the Criminal Court of the City of New York, Queens County (Gia L. Morris, J.; op 55 Misc 3d 1214[A], 2017 NY Slip Op 50580[U]), dated May 2, 2017. The order granted defendant's motion to dismiss the accusatory instrument.




ORDERED that the order is affirmed.
Defendant was charged in an information with violating Administrative Code of the City of New York § 19-190 (b). Defendant moved to dismiss the information on the grounds that Administrative Code § 19-190 (b) is preempted by other laws and is unconstitutional. The People opposed the motion. By order dated May 2, 2017, the Criminal Court granted the branch of defendant's motion seeking to dismiss the accusatory instrument on the ground that Administrative Code § 19-190 (b) is unconstitutional (op 55 Misc 3d 1214[A], 2017 NY Slip Op 50580[U] [2017]). 
For the reasons stated in People v Sanson (__ Misc 3d ___, 2018 NY Slip Op _____ [appeal No. 2016-1865 Q CR], decided herewith), the order is affirmed, albeit on a different ground.
WESTON, J.P., ALIOTTA and ELLIOT, JJ., concur.
Motion by respondent Hao Quan Ye to dismiss an appeal from an order of the Criminal Court of the City of New York, Queens County, dated May 2, 2017, or, in the alternative, for an enlargement of time to file a respondent's brief. By decision and order on motion of this court dated October 23, 2017, the branch of the motion seeking an enlargement of time to file a respondent's brief was granted and the branch of the motion seeking to dismiss the appeal was referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the argument of the appeal, it is,
ORDERED that the branch of the motion seeking to dismiss the appeal is denied.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 02, 2018